DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re S.T.K. & N.S.K.<br><br>Case below:<br>184 N.C. App. ——<br>(17 July 2007) | No. 397P07 | Respondent's (Mother) PDR Under<br>N.C.G.S. § 7A-31 (COA06-1361) | Denied<br>10/11/07 |
| In re T.H.<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 294P07 | 1. Respondent's (Mother) PDR Under<br>N.C.G.S. § 7A-31 (COA07-25)<br><br>2. Respondent's (Mother) Alternative<br>PWC to Review Decision of COA<br><br>3. Respondent's (Father) PWC to Review<br>Decision of COA | 1. Denied<br>10/11/07<br><br>2. Denied<br>10/11/07<br><br>3. Denied<br>10/11/07 |
| In re T.M.H.<br><br>Case below:<br>186 N.C. App. ——<br>(16 October 2007) | No. 530P07 | Respondent (Father's) Motion for<br>Temporary Stay (COA07-609) | Allowed<br>**11/01/07** |
| In re W.R.<br><br>Case below:<br>179 N.C. App. 642 | No. 560P06 | 1. AG's Motion for Temporary Stay<br>(COA05-1602)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**10/26/06**<br><br>2. Allowed<br>10/11/07<br><br>3. Allowed<br>10/11/07 |
| In re Will of<br>McFayden ·<br><br>Case below:<br>179 N.C. App. 595 | No. 576P06 | 1. Propounder's (Mickey Jackson) PDR<br>Under N.C.G.S. § 7A-31 (COA04-1585-2)<br><br>2. Caveators' (Simon & Mary Burney)<br>Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>10/11/07<br><br>2. Dismissed as<br>Moot 10/11/07<br><br>**Hudson, J.,<br>Recused** |
| Intec USA, LLC v.<br>Engle<br><br>Case below:<br>184 N.C. App. ——<br>(19 June 2007) | No. 355P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-1358) | Denied<br>10/11/07 |
| Leverette v. Labor<br>Works Int'l<br><br>Case below:<br>180 N.C. App. 102 | No. 026P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-78) | Denied<br>10/11/07 |
| Lord v. Customized<br>Consulting<br>Speciality, Inc.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 224P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-725) | Denied<br>10/11/07 |